UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VERONICA SMYTHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:07-CV-886 (CEJ) |
| | ) |
| COMMERCE BANCSHARES, INC., | ) |
| d/b/a COMMERCE BANK | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED** that this action is **dismissed for lack of subject matter jurisdiction**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 13th day of July, 2007.